THE PEOPLE OF THE STATE OF NEW YORK ex rel. 13 EAST 69TH STREET CORPORA-TION, Appellant, against WILLIAM S. MILLER et al., Constituting the Tax Commission of the City of New York, Respondents.

*Per Curiam.* Giving due weight to all the elements of value, on the evidence here adduced we are of opinion that the assessments should be further reduced as follows:

|  | Land | Building |
|---|---|---|
| 1940–1941 | $58,000 | $30,000 |
| 1941–1942 | 56,000 | 29,000 |
| 1942–1943 | 54,000 | 28,000 |

As so modified the order, so far as appealed from, should be affirmed, with twenty dollars costs and disbursements to the relator.

Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

Order, so far as appealed from, unanimously modified in accordance with opinion and as so modified, affirmed, with twenty dollars costs and disbursements to the relator-appellant. Settle order on notice.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GLORIA MILLER and LOUISE HENSHAW, Appellants. THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GLORIA MILLER and SARAH ROBERTSON, Appellants.

Judgments affirmed. No opinion. Martin, P. J., Townley, Glennon and Cohn, JJ., concur; Callahan, J., dissents in opinion.

CALLAHAN, J. (dissenting). I dissent and vote to reverse the judgment of conviction of defendant Miller, and to order a new trial, upon the ground that the evidence was insufficient to establish a completed larceny by her, even though it may have shown an attempt to commit that crime. As to the remaining defendants, I vote to reverse the judgments and to dismiss the informations upon the ground that the evidence was insufficient to establish beyond a reasonable doubt that these defendants knew that defendant Miller intended to steal the property involved.